UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-551-FDW-DCK

| | |
|---|---|
| ANNE STANLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | |
| GASTON COUNTY DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court for an Order directing service of process on Defendants following Plaintiff's compliance with this Court's prior order requiring Plaintiff to submit her EEOC Charge of Discrimination to the Court.

Plaintiff filed the original Complaint on November 16, 2015, and she filed an Amended Complaint on February 18, 2016. (Doc. Nos. 1; 5). On January 5, 2016, the Court entered an Order granting Plaintiff's Motion to Proceed in Forma Pauperis. (Doc. No. 3). Plaintiff attached the summons forms to the original Complaint, which names the same Defendants as the Amended Complaint. (Doc. No. 1-1 at 1).

**IT IS HEREBY ORDERED** that:

The Clerk of Court is directed to notify the United States Marshal who, pursuant to FED. R. CIV. P. 4(c)(3), <u>shall serve process upon Defendant of the Amended Complaint</u>, in accordance with FED. R. CIV. P. 4. All costs of service shall be advanced by the United States. Any recovery in this action will be subject to payment of fees and costs, including service of process fees and the full filing fee.

1

_____
Frank D. Whitney
Chief United States District Judge