# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:15-cv-00551-FDW-DCK

| | |
|---|---|
| ANNE STANLEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GASTON COUNTY DEPARTMENT OF )<br>HEALTH AND HUMAN SERVICES, et )<br>al., )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER** is before the Court *sua sponte* for Plaintiff Anne Stanley's failure to provide a valid address to effectuate service on Defendant Karen Calhoun. The Clerk's Office electronically issued summons to the United States Marshal to serve on the above named Defendants. (Doc. No. 7). On July 19, 2016, the summons was returned unexecuted as to Defendant Calhoun (Doc. No. 8).

Pursuant to Rule 4(l)(1) of the Federal Rules of Civil Procedure, proof of service must be made to the court unless service is waived. Plaintiff is hereby ORDERED to submit a new summons to the Clerk with an address sufficient to effectuate service within 10 days of the date of this Order. Failure to comply with this Order will result in the Court dismissing Plaintiff's Complaint as to Defendant Calhoun.

IT IS SO ORDERED.

Signed: September 22, 2016

Frank D. Whitney
Chief United States District Judge