# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Anne Stanley, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00551-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Gaston County Department of Health | ) | |
| and Human Services | | |
| Chris Dobbins | | |
| Cynthia Buchanan | | |
| Karen Calhoun | | |
| Cynthia Little | | |
| Rebecca Lamphiear | | |
| Angela Karchmer, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 10, 2017 Order.

February 10, 2017

Frank G. Johns, Clerk
United States District Court